UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vincent Maurice Crear

EEOC Case/Charge #:
520-2016-02641C

_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

17CV4170

-against-

Do you want a jury trial?
☑ Yes    ☐ No

New York University Langone Medical Center

1199 Service Employees International Union United Healthcare Workers East

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with
the court should therefore *not* contain: an individual's full social security number or full birth
date; the full name of a person known to be a minor; or a complete financial account number. A
filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule
of Civil Procedure 5.2.

---

Rev. 3/24/17

05/09-2016

Attorney Robert Rose
New York District Office
33 Whitehall Street, 5th Floor
New York, NY  10004

Attorney Rose,

My name is Vincent Maurice Crear, and I am in search of a solution to some ongoing problems within my workplace as an employee of New York University Langone Medical Center at the Bellevue Hospital Center affiliate in the radiology department.  As the situations are a bit entangled and would take some in depth explaining, I find that after multiple attempts to reach resolution by simply stating the problems to management, I have only been met by slanderous recourse and dismissal of some very important issues, such as equal pay, denial of promotion and continual harassment as retaliatory stances.

You see, favoritism with family and friends working under the management team has posed problems within my workplace, and any voiced complaints of fraudulent activities or unprofessional conduct of friends or family working in the department is frowned upon and is met by labeling complainers as being subversive.  My problem started approximately in 2003 when I was hospitalized in my workplace with a personal physical ailment and found that six people including my administrator went into my medical files illegally while I was a patient in the hospital and after I was released. Due to possible breach of my medical records, I requested an audit trail of my medical chart and discovered that my files had been invaded by unauthorized personnel within my department.  Through the discovery and to my knowledge, five of the individuals were reprimanded and given a verbal warning.  The administrator took time to go into my records after the other five were caught without any regards to my privacy or the healthcare policy established by HIPAA rules and regulations.  Since this occurrence, and though I was the first technologist to enter the department with an earned Bachelor's Degree in Radiologic Technology, I have been kept away from promotions while they were given to less qualified individuals who were of Anglo-Saxon and Hispanic descent. I am of Afro-American/American-Cherokee descent. It was relayed to me that a promotion that I was up for recently was pulled back and is no longer on the table per one of the lead technologists within my department who also happens to be one of the individuals who took part in accessing my private medical files and a good friend of the Director of Operations within my department.

I have made every attempt to reach resolution of this and the problem of a disparity of equal pay as it seems that there are a number of individuals that have been upgraded to higher pay than the workers of African-American descent including myself.  They are being paid more to essentially do the same job and even less than the lesser paid workers.  This and many other divisive practices have been brought to the attention of the departmental leaders without any resolve or action.  Among the leaders I have contacted are:

Michael Recht, M.D.
Louis Marx Professor and
Chairman, Department of Radiology
NYU Langone Medical Center
660 First Ave.
New York, NY 10016
212-263-9530
Michael.Recht@nyumc.org

Michael M. Ambrosino, MD, FACR
Associate Professor of Radiology
Associate Dean for GME and DIO
NYU School of Medicine
Director, Department of Radiology
Bellevue Hospital Center
(212) 263-6369
Michael.Ambrosino@nyumc.org

Keith Kerr
Senior Associate Executive Director
Bellevue Hospital Center
(212)562-3584—office
(347)427-7286—pager
Keith.Kerr@bellevue.nychhc.org

Veronica Bugenis
Director of Technical Operations
NYULMC@Bellevue Hospital Center Affiliate
Radiology Department
(212)562-3325
Veronica.Bugenis@nyumc.org

Jesus Rosado
Radiology Supervisor
Bellevue Hospital Center
Radiology Department
(212)562-4398 or ext. 4127
Jesus.Rosado@bellevue.nychhc.org

Daniel Alexa
Radiology Administrator
New York University Langone Medical Center (NYULMC)
(212)263-5220
Daniel.Alexa@nyumc.org

Nancy Sanchez
New York University Langone Medical Center (NYULMC)
Senior Vice President
Human Resources & ODL
(212)404-3714
Nancy.Sanchez@nyumc.org

---

Kathleen Pacina
New York University Langone Medical Center (NYULMC)
Human Resources & ODL
(212)404-3858
Kathleen.Pacina@nyumc.org

---

Nicole Delts
NYU Langone Medical Center (NYULMC)
Human Resources & ODL
(212)404-3859
Nicole.Delts@nyumc.org

---

Patricia Ferrer
1199 Union Contract Administrator
(212)603-1158
Patricia.ferrer@1199.org

---

Norvelin Pichardo
1199 Union Organizer
(212)603-1158—office
(212)261-2433—fax
(917)658-0224—cellular
norvelinp@1199.org

---

Price Corpening
1199 Union Organizer/Representative
330 West 42nd Street, 15th Floor
New York, NY  10036
(212)857-4315—office
(212)261-2433--fax

Along with this letter accompanies a number of correspondences that have transpired in my quest to seek resolve. If this is not a matter you can involve yourself with, I would be much obliged if you would forward my information to the appropriate party or please let me know how I can start the process to address this biased treatment of staff within my department and hopefully acquire the equal rights and pay that our radiology administration has been withholding for too many years now and subdue the practice of reprisals due to employees insistence to be treated equally and fairly as other co-workers with the same benefits of deserved respect.

Cordially,

Vincent M. Crear, BS,RT(R)
300 East 88th Street, Suite 4West
New York, NY 10128
212.289.7610—home
212.562.4127—work
917.293.4232--cellular



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. **Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." Please Print.**

**1.    Personal Information**

Last Name: Crear                    First Name: Vincent                    MI: M

Street or Mailing Address: 300 East 88th Street                    Apt Or Unit #: 4W

City: New York                    County: Manhattan                    State: New York        ZIP: 10128

Phone Numbers: Home: ( 212 ) 289-7610            Work: ( 212 ) 562-4127

Cell: ( 917 ) 293-4232            Email Address: Vincent.Crear@nyumc.org

Date of Birth: October 8, 1965        Sex: Male ☒    Female ☐    Do You Have a Disability? ☐ Yes  ☒ No

**Please answer each of the next three questions.**    i. Are you Hispanic or Latino?    ☐ Yes  ☒ No

ii. What is your Race? Please choose all that apply.    ☐ American Indian or Alaska Native    ☐ Asian    ☐ White

☒ Black or African American    ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? African/American

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: Carol Tyson                    Relationship: Friend

Address:                    City:                    State:        Zip Code:

Home Phone: ( 718 ) 342-4541        Other Phone: ( ____ )

**2.  I believe that I was discriminated against by the following organization(s):  (Check those that apply)**

☒ Employer    ☒ Union    ☐ Employment Agency    ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: NYU Langone Medical Center

Address: 550 First Avenue                    County: Manhattan

City: New York            State: NY    Zip:    10016        Phone: ( 212 ) 263-7300

Type of Business: Hospital            Job Location if different from Org. Address: 462 First Ave., NY, NY  10016

Human Resources Director or Owner Name: Nancy Sanchez                    Phone: 212-404-3714

**Number of Employees in the Organization at All Locations:** Please Check (√) One

☐ Fewer Than 15    ☐ 15 - 100    ☐ 101 - 200    ☐ 201 - 500    ☒ More than 500

**3.  Your Employment Data** (Complete as many items as you can)    **Are you a Federal Employee?** ☐ Yes  ☒ No

Date Hired: October 30, 1990            Job Title At Hire: Radiologic Technologist

Pay Rate When Hired: 36000/year            Last or Current Pay Rate: 68300/year

Job Title at Time of Alleged Discrimination: Radiologic Technologist        Date Quit/Discharged: N/A

Name and Title of Immediate Supervisor: Jesus Rosado

2

If Job Applicant, Date You Applied for Job _____ Job Title Applied For _____

**4. What is the reason (basis) for your claim of employment discrimination?**
*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race  ☐ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☒ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; choose which type(s) of genetic information is involved:

☐ i. genetic testing  ☐ ii. family medical history  ☐ iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain). Retaliation due to violations of entering my personal medical information.

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.** *(Example: 10/02/06 - Discharged by Mr. John Soto, Production Supervisor)*

A) Date: December 03, 2010     Action: Ignored for future promotions, denied equal pay and slandered!

Name and Title of Person(s) Responsible: Veronica Bugenis, Louis Colon, Lisa Bradshaw

B) Date: January 04, 2006     Action: Slander/Denied Advancement and Equal Pay....!

Name and Title of Person(s) Responsible: Lisa Bradshaw--Lead Tech, Louis Colon--Manager, Veronica Bugenis--Director/Radiology

**6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.**
Refusal to sign back-dated documents, Fear of job competition, Friendship between co-worker and Director of Operations

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**
Inquiries were just dismissed....even after supporting documents were given to the organization's two leading radiologists and Director of Operations. Dr. Michael M. Ambrosino, Director, Bellevue Hospital Center....Dr. Michael Recht, Chairman, NYULMC

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Philip Sorge | Anglo-Saxon | Special Procedures Technologist |
| Description of Treatment | | |

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Giovanni Discipio | Anglo-Saxon | CT Tech/Special Procedures Tech |
| Description of Treatment Allowed to perform same duties as me, but paid at a higher rate since at least the year 1999/2004 | | |

3

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Raphael Appiah | Afro-American | Radiologic Technologist |

Description of Treatment  Performs Special Procedures duty but gets paid at the lower diagnostic level

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Abdiel Desir | Afro-American | CT Technologist |

Description of Treatment  Has performed lead technologist duties for countless years without monetary compensation

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Abdiel Desir | Afro-American | CT Technologist |

Description of Treatment  Performed lead technologist duties for countless years without any monetary compensation

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Leopoldo Garcia | Hispanic-American | Radiologic Technologist |

Description of Treatment  Performs Special Procedures without the monetary compensation

Answer questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.

9.  Please check all that apply:

☐  Yes, I have a disability

☐  I do not have a disability now but I did have one

☐  No disability but the organization treats me as if I am disabled

10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?

Yes ☐   No ☐

If "Yes," what medication, medical equipment or other assistance do you use?

12.  Did you ask your employer for any changes or assistance to do your job because of your disability?

Yes ☐   No ☐

If "YES", when did you ask? _____   How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)

Describe the changes or assistance that you asked for:

How did your employer respond to your request?

-4

**13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| A. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| Veronica Bugenis | Radiology Director of Operations | 462 First Avenue, NY, NY 10016, 212.562.3325 |

**What do you believe this person will tell us?**

The specific titles of each individual and the job duties that accompany each title.

| B. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| Keith Kerr | Radiology Administrator | 462 First Avenue, NY, NY 10016, 212.562.3584 |

**What do you believe this person will tell us?**

That concerns are valid with supporting documentation.

**14. Have you filed a charge previously in this matter with EEOC or another agency?**     Yes ☐     No ☒

**15. If you have filed a complaint with another agency, provide name of agency and date of filing:**

N/A

**16. Have you sought help about this situation from a union, an attorney, or any other source?**     Yes ☒     No ☐

Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Patricia Ferrer/1199 Union...2/10/2014, Nancy Sanchez/Assoc. Director Human Resources...June 15, 2015

**Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.** If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights.** If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

Box 1     ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. **I also understand that I could lose my rights if I do not file a charge in time.**

Box 2     ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that **the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.** I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

X _____     X _05 / 08 . 20 / 6_
              Signature                              Today's Date

**PRIVACY ACT STATEMENT:** This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. **FORM NUMBER/TITLE/DATE.** EEOC Intake Questionnaire (9/20/08).
2. **AUTHORITY.** 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a), 42 USC §2000ff-6.
3. **PRINCIPAL PURPOSE.** The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.
4. **ROUTINE USES.** EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters
5. **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.** Providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

Incidents of Concern

- Different pay rate among the staff who are essentially performing same tasks
- CT & Special Procedures Technologists are being paid for doing only diagnostic duties or 20% of higher title
- Ditto (Mammographer)
- Diagnostic radiographers are paid on lowest pay scale while performing special procedures
- Special hours reserved for individuals, i.e., unnecessarily working through lunches and continued overtime
- Abuse and misuse of staff to cover for lackadaisical workers
- Director of Operations' husband and friend given special treatment with leave
- Being held back from deserved promotions due to slander/prejudices
- Subjection to retaliatory measures for staying within realm of job duties
- Uncredited and uncompensated for lead services rendered
- Being held to different standards
- Hx of taking liberties with authority
- Favoritism exercised secretly between managers and preferred technologists creating low morale in workplace
- Radiology Manager has hx and habit of inappropriately divulging professional/personal information

**Different Pay Rate Among Staff Who Are Essentially Performing Same Tasks**

- Special Procedures Tech, Philip Sorge only does diagnostic, but gets paid on higher scale due to classification and title name only

- Similar circumstances apply to Giovanni Discipio for countless years as a CT technologist turned Specials tech. Where does that leave myself and Raphael Appiah….where do we differ from the aforementioned fellow co-workers?

- There is also Edward Murphy who no longer does CT but most likely still receives funds as if he does

**CT/Special Procedures/Mammography Technologists Are Being Paid For Performing Primarily Diagnostic Duties**

- This again would include previous technologists mentioned in addition to other licensed technologists with the official CT and Mammography titles when basically 90% of their performance is within the realm of radiography (plain film) studies while monies are being overly exercised using cross-trained individuals and not effectively utilizing the primary technologists….example, if Judy Mathew is performing as many or more studies in mammography than say, Lisa Nord (Licensed Mammographer), and Lisa performs more diagnostic studies to a much larger degree than mammograms, why wouldn't Judy make the top pay of mammographer instead of receiving just differential pay? Same applies to Mr. Sorge and Mr. Discipio…and others who are just receiving the lesser differential pay

- And let us not forget that the CT technologists are also receiving the added bonus of contrast-injection pay

**Diagnostic Radiographers Are Paid On Lowest Pay Scale While Performing Special Procedures**

- Technologists are not being paid at the rate they are entitled to while assisting neuroradiologists with invasive sterile procedures such as cervical/lumbar punctures/ myelography, sometimes involving chemotherapeutic treatment injections as well as other sterile procedures such as bone aspirations involving injection of contrast media and steroid solutions

- Specials technologist(s) basically exempt from performing such procedures

**Special Hours Reserved For Individuals/Unnecessarily Working Through Lunches For Overtime**

- There is definitely a misuse of funds that seem to be reserved for certain staff members who are on a continual schedule to receive overtime every day for hours that can be covered with staff who are trained to cover areas in question

- Why would overtime be allowed when there are technologists with the same title to perform duties, such as the overtime in interventional radiology, the operating room and the emergency room

- Where is the necessity to have extended hours starting as early as 6:30 in the morning i.e., regarding hours worked by Giovanni Discipio? What are the technologist's duty that warrants those morning hours, and what happens when he is on leave, not to mention that it leaves Friday more vacant...a day that always had a question mark hanging over it

## Abuse and Misuse of Staff To Cover For Lackadaisical Workers

- In certain areas in radiology there is dispute among workers that some are not willing to pull their share of the workload, so they just ignore when there are cases to be done, and they simply choose to disappear until someone else has performed the study, and some even sit and ignore the work altogether. There is no one of authority in the immediate area to remedy the dissention.  This happens especially on main and in the emergency room

- There is a technologist which everyone has complained about, including supervisor(s), technologists, clerical staff and students who is allowed to spend the most of the day on the computer viewing websites unrelated to work and eating continually at the front desk on main, while others cover most of the workload, and then is allowed to write down no lunch and leave early....none of the lead technologists will take responsibility of scheduling the individual with them....why?

## Director of Operations' Husband and Friend Given Special Treatment With Leave

- Excessive sick days and emergency days are combined

- Husband given ten consecutive emergency days off combined with sick day(s) during summer month(s), part of which was changed from sick time to emergency vacation via Louis Colon

- Husband also given X-mas off, being third in line regarding seniority and replaced with overtime

## Being Held Back Form Deserved Promotions Due To Slander/Prejudices

- Two noted incidences of slander
- Placed two signed letters of interest in the hands of radiology assistant director regarding promotion opportunities

## Subjection To Retaliatory Measures For Staying Within Realm of Job Duties

- Director and Manager took offense to my discontinuance of training staff...inquired of union delegate about using legal force to resume what I was never paid to do and do the job that lead technologists and supervisors should be doing

- Threats made against my shift being changed

- Director told me that I would be her choice for training staff and students when I suggested another technologist might be considered

- Retaliation....taking credit of my successes of manning main radiology....constant interferences

**Uncredited and Uncompensated For Lead Services Rendered**

- Took on chief duties of maintaining main radiology as no one else was interested in the real day-to-day operations

- Staff, including radiologists, physicians, nurses, technologists, clerical workers, transport, students, etc., communicated with me as lead in charge to help manage workflow

- Maintained equipment and protocol with the constant aide of equipment service engineers

- Performed same duties for many years on weekend night shifts and also day shifts when the supervisor was not present

- Taught staff CT scanning and IR procedure

**Being Held To Different Standards**

- Associate Supervisor titles given to less senior people

- Fraudulent activities

- Light-duty

**Hx Of Taking Liberties With Authority**

- Changing rules without proper notification

- Deleting vacation time without permission

- Questionable/Inappropriate behavior

**Favoritism Exercised Secretly Between Managers and Preferred Technologists....Creating Low Morale In Workplace**

- Given privilege to leave one hour before shift ends

- Room/area assignment

**Radiology Manager Has HX and Habit of Inappropriately Divulging Professional/Personal Information**

## meeting: Dr. Ambrosino and Vincent Crear

Clayton, Patricia (Radiology)                    Sent: Monday, November 30, 2015 11:59 AM

**Required:**          Ambrosino, Michael; Crear, Vincent

**When:**          Tuesday, December 01, 2015 10:15 AM-10:45 AM.
**Location:**      Dr. A's office - 3W36

**Show time as:** Tentative
**Meeting status:** Not yet responded

Description:      Dr. Michael Ambrosino given
a folder and supporting documents
of "Incidents of Concern"
by Vincent M. Crear....

## FW: Bellevue Radiology
Crear, Vincent
**Sent:** Friday, November 20, 2015 8:30 PM
**To:** Alexa, Daniel

---

**From:** Crear, Vincent
**Sent:** Friday, November 20, 2015 8:10 PM
**To:** Crear, Vincent
**Subject:** FW: Bellevue Radiology

Greetings Mr. Alexa
Radiology Administrator
NYULMC

Upon receipt of response from Dr. Michael P. Recht recently regarding some Bellevue Radiology issues, I put together an agenda encompassing the main concerns for discussion in light of an impending communication/meeting with you and Dr. Michael Ambrosino. As I have had my first brief meeting with Dr. Ambrosino, including Mr. Keith Kerr and Ms. Veronica Bugenis, I look forward to delving more into the root of resolution, so I am forwarding a table of contents to you and will have a more detailed scale upon the occasion of officially communicating with you. Thanks in advance for your time and effort.

Cordially,

Vincent M. Crear
Radiologic Technologist
NYULMC @ BHC Affiliation

Incidents of Concern

- Different pay rate among the staff who are essentially performing same tasks
- CT & Special Procedures Technologists are being paid for doing only diagnostic duties or 20% of higher title
- Ditto (Mammographer)
- Diagnostic radiographers are paid on lowest pay scale while performing special procedures
- Special hours reserved for individuals, i.e., unnecessarily working through lunches and continued overtime
- Abuse and misuse of staff to cover for lackadaisical workers
- Director of Operations' husband and friend given special treatment with leave
- Being held back from deserved promotions due to slander/prejudices

- Subjection to retaliatory measures for staying within realm of job duties
- Uncredited and uncompensated for lead services rendered
- Being held to different standards
- Hx of taking liberties with authority
- Favoritism exercised secretly between managers and preferred technologists creating low morale in workplace
- Radiology Manager has hx and habit of  inappropriately divulging professional/personal information

**From:** Recht, Michael
**Sent:** Sunday, November 01, 2015 8:23 PM
**To:** Crear, Vincent
**Cc:** Alexa, Daniel; Ambrosino, Michael
**Subject:** RE: Bellevue Radiology

Dear Mr. Crear,

I appreciate you reaching out to me and sharing your concerns. I want to assure you that I take them seriously and  have asked our departmental administrator, Dan Alexa, and the Director of Bellevue Radiology, Dr. Ambrosino, to look into your concerns. I have included both of them in this email and have also forwarded them your other emails. I am sure that they will be contacting you shortly.

Best,

Micheal Recht

Michael Recht, M.D.
Louis Marx Professor and
Chairman, Department of Radiology
NYU Langone Medical Center
660 First Ave.
New York, NY 10016
212-263-9530
Michael.Recht@nyumc.org

**From:** Crear, Vincent
**Sent:** Sunday, November 01, 2015 7:38 PM
**To:** Recht, Michael
**Cc:** Crear, Vincent
**Subject:** Bellevue Radiology

Dr. Michael P. Recht
New York University Langone Medical Center
Chair of the Department of Radiology

Good Day Dr. Recht,

My name is Vincent Crear, and I am a radiographer employed with NYULMC for what approximates twenty-five years at the Bellevue Hospital Center affiliation in radiology.  Although I am most sure we have never met, it was brought to my attention that I should probably forward my concerns to you in the likelihood that you may be able to resolve some issues that have been longstanding within the radiology department at BHC.  It is without little doubt that our radiology department here is afflicted with low morale and that the problem is deeply rooted in the administrative quarters as the recent employee engagement survey poll indicated.  I will not say that includes the

entire radiology administration, but I will attest to the belief that the problems do originate from the behavioral patterns of some of the leadership within that pool.  The biggest problem in the department is a disregard for some of the staff while preferential treatment is reserved for others i.e., relatives and friends , which in turn has allowed very prejudiced attitudes....including what may be perceived as the unspeakable kind and retaliatory measure from leadership to become a norm, especially reserved for those who may put question to practices that seem less than fair to all.  The list is countless within my department and the proof is indisputable.

There is a gross misuse of resources as even titles are given in name only while others like myself are forced to perform the duties of the specialized technologists' titles but without compensation, not to mention the number of staff members that are actually getting paid for those very duties through title and differential and being given privilege to put down daily overtime when there is staff enough to carry those hours that are being recorded. I would not be opposed to an efficiency expert taking up residence within our department as I believe it could be of huge benefit since it is clear that the present direct leaders are without clear objectivity while many staff members hesitate to voice their legitimate grievances for fear of retribution.

I was not sure about forwarding my concerns to you as I would think you would be involved with more pressing issues than mine, but like I spoke of before, it was strongly suggested to me that I might give it a chance by making you aware.  If at any time you might find a moment to follow up on my concerns, it would be greatly appreciated, and I would be more than happy to further expand upon the issues for which I seek total resolve. Perchance that you might afford the time, I would like to forward a couple of correspondences along with this just to give you a general idea of some of the perplexing matters and my attempts of resolution.

Regards,

Vincent M. Crear, BS,RT(R)
NYULMC@BHC
Radiology Department
212.562.7774--work
917.293.4232--cellular

**FW:**
Crear, Vincent
**Sent:** Sunday, November 01, 2015 7:45 PM
**To:** Recht, Michael
**Cc:** Crear, Vincent

---

**From:** Vincent Crear [Vincent.Crear@bellevue.nychhc.org]
**Sent:** Sunday, November 01, 2015 4:45 PM
**To:** Crear, Vincent
**Subject:** Fwd:

>>> Vincent Crear 09/21/15 8:07 AM >>>

Hi Ronnie,

Let me rescind my request to go through my employee file since I found the copies of the documents I wanted after digging deep into papers I had misplaced for some time in my home, but I do have a couple of requests I hope you might be able to help me with at this time.

I did not say anything at the time we met on Friday during the mass confusion about who I was or wasn't suppose to ask about file viewing procedures, but my mind was more on something else at that time. An employee in our department told me that Lisa Bradshaw told them that when I was hospitalized in Bellevue some years ago, I was responsible for almost getting her fired for looking into my personal medical files. Maybe I'm not clear on some things, but who was the victim? You certainly have my permission to let Ms. Bradshaw know that before she even had knowledge of my admission into the hospital, there were requests made by me that blocks be put on my health information to avoid the very thing which she and five others gave themselves permission to do. And when I made that request, I was asked if there were specific people I wanted to make sure wouldn't go into my files. I named three people I was concerned about, all of which did eventually show up in my files, along with three others I didn't anticipate, and it wasn't until I was hearing information that I never shared with anyone that I was sure that they had been invaded. The audit trail even showed two people viewing my files after I had been released from the hospital and one after the hospital HIPAA meeting. I had never felt so invaded, so to hear Ms. Bradshaw try and play the victim drains my very patience. If I'm correct, did not you, yourself have to speak with Ms. Bradshaw just a little over a year ago about asking a CT nurse for a patient's medical record number so she could view their files....a patient she was not giving care to as it was not her work area? How do I know this? Because unfortunately, our department, probably like a lot of others, thrive on gossip and is not immune to episodes of backbiting! But also let me be clear with Ms. Bradshaw. Yes, I was a patient at Bellevue at one time, and an employee at present. The employee that told me of her accusation was neither. That employee did not work in Bellevue Hospital Center at that time. I do not believe HIPAA rules have been altered to the extent that Ms. Bradshaw is allowed to tell anyone that I was a patient here at Bellevue. She might want to take some advice and deal with whatever anger she harbors in a less explosive way and possibly look to herself instead of others as an outlet. And for her own personal information, it was not the Radiology Administrator who saved her from being fired....who by the way was one of the people who illegally went into my files.....files I never even opened. Because it is not in my nature, when permission was asked of me to have Ms. Bradshaw and the others dismissed, guess what....they all still kept their jobs, right? I don't pat myself on the back for that, but I am certainly not going to just accept lies and slander of my character either! Please relay

this to Ms. Bradshaw because if another person ever brings this type of talk to me again, she will have to explain her actions and intentions to the proper counsel. And the comment she allegedly made saying that I get whatever I want because you are afraid of me is beyond my comprehension. Clearly, there are some issues that need resolving, but I'm sure I don't hold that resolve.

Secondly, maybe there should be some concrete rules about divulging workers' vacation schedule to other co-workers. I have yet to understand the debacle and fallout of why it was necessary for everyone to know about my recent summer vacation schedule before it commenced. Why would anyone tell my co-workers that I was responsible for the newly devised vacation procedure? Why would that responsibility be placed on me for wanting and having the right to use what I had worked for in an accumulative span of almost twenty-five years......especially with the countless summers I'd given up and let co-workers have without any requests from me? Telling my co-workers that I bumped their vacation is not a very professional thing to do, nor having meetings with people from other departments about my personal allotted time. It was unnecessary, unprofessional and a bit unnerving. I sort of thought I earned that right to use what was mine and vacation with family and friends that I am not around daily as most of you all are with your own families. I am not from New York like the most of my co-workers. Sending copies of my vacation requests out to staff was really not necessary. I would have thought that there would have been more courtesy and consideration given, like the services rendered after the many times when I was asked to handle the x-ray examinations of VIP staff or the countless times new employees were brought specifically to me so they could acclimate themselves to the procedural details of department routines regarding examinations or the training of students and staff alike or the many years I had to supervise weekend night shifts with no compensation whatsoever. I truly did not anticipate that anyone in the administrative pool would go around whispering in my co-workers' ears that I was the cause of the new vacation rules. From where I stand, the new vacation rules, which by the way I have no problem with, lie squarely on the shoulders of those who made that decision. Maybe at the next town hall meeting an analysis of the word slander can be added. I really don't believe a lot of us in the department have a true sense of its meaning and serious effects. And while we're trying to improve, maybe it would be wise to suggest that we all revisit HIPAA rules and regulations on our own recognizance.

Regards,

Vince

P.S. These prejudices I have had to encounter has really made me think that I should just cut my losses and resign myself from this atmosphere. Maybe it could be best for everyone.

Visit www.nyc.gov/hhc

**CONFIDENTIALITY NOTICE: The information in this E-Mail may be confidential and may be legally privileged. It is intended solely for the addressee(s). If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on this e-mail, is prohibited and may be unlawful. If you have received this E-Mail message in error, notify the sender by reply E-Mail and delete the message.**



---

**From:** Ortiz, Lorraine
**Sent:** Friday, December 27, 2013 9:34 AM
**To:** Delts, Nicole
**Subject:** FW: Ms. Ortiz,

Please see email below.

---

**From:** Vincent Crear [mailto:Vincent.Crear@bellevue.nychhc.org]
**Sent:** Thursday, December 26, 2013 10:03 PM
**To:** Ortiz, Joanne
**Cc:** Ortiz, Lorraine
**Subject:** Ms. Ortiz,

Ms. Ortiz,

I am an employee of NYUMC as a diagnostic radiologic technologist at the Bellevue Hospital Center affiliate for what amounts to a little over twenty-three years now. There are a couple of issues that myself and a select few other technologists are in need of correcting or at least placing on the table to understand a little bit better. It seems that there is a discrepancy in job duties that pose concern. For one, we, diagnostic radiographers, are asked to assist in radiologic procedures with vascular radiologists, in particular Neuroradiologists when they are performing invasive sterile procedures such as lumbar punctures and myelograms. I have a history with these examinations as a special procedures technologist before moving to New York, and I have never seen it accepted in any other hospital facility where diagnostic radiographers are expected to assist special procedures radiologists in such examinations without monetary compensation when these examinations are supposed to be done by the Neuroradiologist and Special Procedures Radiographer.

Secondly, I am puzzled along with others by another particular situation that exists within our department. We run into days frequently when there are just a couple of people covering main radiology which exists on the third floor in the hospital building that results in us being short of staff. Since the beginning of the year following the reopening of the hospital, the department is lending out one of our technologists to teach in a classroom setting in the School of Radiology as an instructor part-time to radiology students which in turn requires the staff we do have manning main radiology to double-up on x-ray duties. This same technologist is licensed for over ten years as a special procedures technologist but has never performed special procedures duties, only regular diagnostic duties. Is this an option while under NYUMC contract as a special procedures x-ray technologist? If not, I can only see this as a misappropriation of funds and do ask that it be corrected so that there is fair exchange for services rendered for each x-ray technologist/personnel within our department.

I appreciate any information you can pose to my inquiry.

Cordially,

Vincent M. Crear, BS,RT
Bellevue Radiology Department
212.562.7774—work
917.293.4232—cellular

*****************************************************************************

**Vincent Crear - Fwd: Titles**

**From:**  Vincent Crear
**To:**  Nancy.Sanchez@nyumc.org
**Date:**  6/15/2015 9:45 AM
**Subject:**  Fwd: Titles
**CC:**  Kathleen.Pacina@nyumc.org


To:

Nancy Sanchez
Human Resources & ODL

Kathleen Pacina
Employee & Labor Relations

Derek Forte
Employee & Labor Relations


I'm not sure who in the Benefits Division at NYULMC I should forward this concern, so I am hoping you can advise me if you have a moment.  I am trying to avoid a situation from reaching the challenge of discriminatory behavior as my only concern is that the situation is resolved amicably.  What I've never wanted to believe existed in my department, I am now beginning to wonder.  Could I have been wrong about certain prejudices that are unthinkable?  Along with the forwarding letter that follows  and sent to my director a couple of weeks ago, I want to add that there are a specific two of my race, including myself, that are not being compensated financially for doing the same diagnostic duties and the additional duties of special procedures that two other technologists in my department are getting paid to do but don't actually handle.....those special examinations they are required to perform.  Those two technologists are not of my race in appearance.  That is as delicate as I know how to refer to the discrepancy in attitude. They have also held these titles for more than quite a few years and monetary compensation.  There is something very wrong with that picture.

I'll be grateful for any information you can forward to me.

Cordially,

Vincent M. Crear
NYULMC@Bellevue Hospital Center Affiliate
Radiology Department
212.562.7774--work
917.293.4232--cellular


>>> Vincent Crear 06/02/15 2:41 PM >>>

Hi Ronnie,

It doesn't take much to puzzle me, but I am a bit puzzled as to why Philip Sorge is only doing diagnostic routine radiography if he is holding a title of Special Procedures technologist and has been with this title for more than quite a few years now.  Maybe I'm wrong about this, but it doesn't seem fair to me that I have been involuntarily commissioned to handle examinations such as myelograms, lumbar punctures and other sterile and invasive procedures that are usually and periodically done in **Room 5** on main radiology.  As I'm to understand, there is question that lumbar punctures are not special procedures.  I have to totally disagree with that assumption as I have previously worked as a special procedures technologist, and those duties fell under said title.  All special procedures examinations do not require contrast studies if that is where the idea originated.  The two main divisions of the title is that it is a sterile invasive procedure requiring the assistance of a special radiographer working with a special procedures physician (Neuroradiologist and/or Vascular Radiologist).  If there still seems to be debate about the

assumption, I do possess literature listing lumbar puncture examinations as special procedures.

I guess what I am seeking is that we all just work under our titles and be compensated for them, eliminating the cause for someone else covering another's agreed upon duties. I have never been paid as a special procedures technologists in my 25 years here although I have done more than my countless share of them. Mr. Sorge did approximately a week of special procedures when he accepted the position and then was removed from those duties shortly after, reverting back to diagnostic radiographer duties. I do assume he still has the title and monetary compensation of a special procedures technologist. If that is the case, he should be required to work within in his classification unless something changed that we are all not aware of at this particular time.

Please inform me how my concerns can be addressed.

Vince

## Vincent Crear - Good Day Ms. Pacina,

| | |
|---|---|
| **From:** | Vincent Crear |
| **To:** | Kathleen.Pacina@nyumc.org;  Vincent Crear |
| **Date:** | 8/24/2015 9:37 AM |
| **Subject:** | Good Day Ms. Pacina, |

Good Day Ms. Pacina,

I just returned to work last week upon completion of my summer vacation, and I was informed from Ms. Veronica Bugenis, Radiology Technical Operator of my department, that there was an impending meeting with the three of us this week, including yourself. As you may recall, I forwarded a correspondence a couple of months ago to you and a couple of your colleagues inquiring about who I might be able to speak with about some concerns regarding pay, titles and a gross misuse of both. Also, there is a big question and concern with unfavorable behavior involving these issues in my department. I am not well-versed in the proceedings of Labor Relations and grievance activities, but in my initial inquiry I had hoped to have a one-on-one conversation with myself and a Labor Relations official and then have my department head(s) invited to comment on my concerns at a later date and time. Certainly, I would fully attest to everything I'd have spoken about in the initial meeting. Again, I don't know how it normally works, but if this is not a possible format, we can proceed as Ms. Bugenis informed me last week. What I would like to do in either case is list some of those concerns and a little history of support and also reserve the right to invite an 1199 representative to the meeting involving the radiology administrative personnel.

Within my department there has been a consistency of a few individuals who hold titles with special pay increase who were not required to perform the duties of those titles. One title is called a Special Procedures Technologist and the other is a Computed Tomographic Technologist. These individuals only perform the duties that I am required to do which is diagnostic plain film x-ray, but they have a higher pay scale than I do. There are at least three individuals who have been permitted to acquire these privileges of pay while others like myself are being taken advantage of and not being compensated while we take on the duties of our own title and those duties of the specialty titles held by the official title holders. In short, the CT technologist(s) don't actually perform CT exams and the Special Procedures technologist(s) don't actually do special procedures exams, but they get paid as if they do.....which is no fault of theirs.  I, along with a couple of others, perform those special studies but only get paid on the lower scale as a diagnostic technologist, and this has been going on for quite an amount of years. I am of African descent , and I came to NYU Medical Center twenty-five years ago with a bachelor of science degree in radiologic technology, specifically. There has been no progression toward promotion or pay. Among my co-workers I was the first to hold a bachelor of science degree.  I performed the duties far and beyond the spectrum of a supervisor as I was the senior and lead technologist on emergency room night-shift hours on the weekend for a number of years with no extra pay. I managed main radiology workflow following the retirement of the lead technologist for a number of years without compensation. I have taught staff (including clinicians) and student technologists radiological procedures(s) and equipment(s) for most of my employment at BHC with no extra pay. I have mostly done lead duties without any monetary compensations and worked in multiple areas while the ones getting paid for those duties do not work or know how to function in a lot of those areas.

After all the years I've worked as an employee of NYU(L)MC at the Bellevue affiliate, I am now questioning if I am the victim of some unspeakable prejudices.....myself and others. If these do exist, I am also questioning the origin. I can only speculate and would like to share some theories of concern.

Some years back I was admitted into Bellevue as a patient. Including the Administrative Director of radiology at the time, six co-workers went into my medical records and viewed my very personal information. After hearing certain things that I know for a fact I didn't share with anyone, it was more than suspect that my information had been invaded. I then demanded an audit to know exactly who viewed my information, and I was reluctantly accommodated. One of the individuals seemed to have held on to a dislike of me and started spreading slandering remarks about me regarding our present Technical Director of Operations (her close friend) upon which I demanded a public apology. Shortly after, that individual was promoted to a lead position and inappropriately over my daily activities while the behavior is not much improved.

There is also the issue of my refusal to ever falsify and sign documents that were predated years back.

There is the issue of special treatment(s). I just took a four-week vacation, and it was initially denied, but overturned by contractual agreements. Because of the less than professional handling of my personal time from the administrative pool, I had a person from another department who approached me about me blocking his friend's vacation time due to seniority, not to mention those with less seniority approaching me. But it seems that it was fine that relative(s) of some department heads were given special privileges with vacation time for more than just a few times.

There has been preferential treatment given to certain ones working through lunches and leaving earlier than the eight hour workday until I inquired about taking advantage of that just for the summer due to impending summer activities. All of a sudden it became a problem.

Earlier in my career at BHC, I had to have a major back surgery. After returning to work, I was asked by my surgeon to take a letter to the department head asking that I be put on light duty for a while. Although I felt I could resume my full duties, it was denied. Shortly after that time, two co-workers developed some back issues and they were placed on light duty. They are not of the same race as me. And just shortly after that, another co-worker broke his arm in BHC's emergency room parking lot playing on a motorcycle. He was placed on light duty. Just a couple of years ago, I broke a couple of bones in my foot. I was not placed on any light duties. And believe me when I say that I wouldn't come to work if I felt like I needed special treatment in any one of those instances, but what I am showing you I believe is that there is definitely something wrong with some administrative behavior.

I have officially sought promotion in this organization, but I don't believe it to ever happen here due to two main things, prejudice and slander, something I just never anticipated when seeking employment in New York City and at a world-renown medical institution connected with NYUMC. I believe this to all be more than a bit disappointing.

But all said and done, I look forward to a meeting with you and the possibility of resolving the situations and avoiding any further measures as my main concern is the issues of being held to a different standard which I believe has cost me monies and rank that I believe myself and others do deserve.

Regards,

Vincent M. Crear
NYULMC@Bellevue Hospital Center
Radiology

P.S. As of now I don't believe a set time and date has been established for a meeting, at least I am not aware of one. Please do let me know when that time will commence.

**Crear, Vincent**
**Sent:** Friday, November 27, 2015 1:29 PM
**To:**    Pacina, Kathleen

Hi Ms. Pacina,

In the recent weeks here at Bellevue, I have had a couple of meetings with the department head in regards to those departmental issues I was to address with you, and it seems that things are heading in a positive direction. So, I no longer need to pursue those issues with you, but I do thank you for responding to my previous request for a meeting.

Happy Holidays!

Vincent M. Crear
NYULMC @ BHC
Radiology

Lisa bradshaw K-I Lead I technologist

## MASTER DAILY ROOM ASSIGNMENT

| Name | MONDAY Aug 31 | TUESDAY Sept 1 | WEDNESDAY Sept 2 | THURSDAY Sept 3 | FRIDAY Sept 4 |
|---|---|---|---|---|---|
| Appiah, R. | U45/9 | ✷ AES | ✷ AES | ✷ AES | ✷ OR |
| Au-Yeung, W. | ACB | Main 9/lsas | Main | Main-5 | Main / IR |
| Caballero, N. | ACB | ACB | Main | Main-5 | Main-5 |
| Crear, V. | Main-5 | Main-5 | ORTHO OR | ORTHO OR | IR |
| Desir, A. | AES/OR | AES | AES | PORT | |
| Garcia, L. | ACB | ACB | ACB | ACB | |
| Granda, G. | ACB | AES | Main Mgt | PORT | ACB |
| Han, J. | | AES | Main | AES | CT-ER |
| Handorff, G. | PORT | | CT-ER | | AES |
| Kerr, B. | PORT | | | ORTH-OR | PORT |
| Klinger, B. | | PORT | ACB | ACB | ACB |
| Leardi, V. | | PORT | ACB | ACB | |
| Mac Ewen, L. | IR | PORT | O R | Main-5 | |
| Mathew, J. | | | PORT | | |
| Melitzanas, T. | AES | AES | AES | AES | AES |
| Mohamed, F. | | | CT-TRAIN | CT-TRAIN | CT-TRAIN |
| Murano, M. | | CT-TRAIN | Main | Main-4 PM | Main |
| Nelson, G. | | Main 8 | ACB | MIL | MIL |
| Nord, L. | AES | | MIL | ACB | |
| Pressume, R. | MIL | MIL | | PORT | |
| Ramos, H. | ACB | AES | ACB | AES | |
| Reynolds, G. | | ACB | ACB | | MAIN |
| SanFilippo, M. | | | ACB | CYSTO | |
| Santana, K. | OT-AES | | AES | CT-ER | |
| Saulino, A. | | AES | AES | Main-IR | |
| Schneiderman C. | CYSTO | Main-2 | ACB | Main-2 | |
| Sorge, P. | Main-2 | Main-7 | Main | Main-2 | Main 3 |
| Toure, M. | | | DEXA | | ORTH-OR |
| Zahid, A. | PORT | DEXA | DEXA | DEXA | PORT |
| Marin, L. | ACB | | | | Dext /M |
| Discipio, J. | | O.R. | O.R. | I.R. | ORTH-OR |
| McDermott, J. | I.R. | I.R. | I.R. | | |
| Arias, M. | Mammo | Mammo | Mammo | Mammo | Mammo |
| Gelfand, T. | Mammo | Mammo | Mammo | Mammo | Mammo |
| Lipyansakaya, | Mammo | Mammo | Mammo | Mammo | Mammo |
| Slinger, V. | Mammo | Mammo | Mammo | Mammo | Mammo |

✷ P/R = below pay rate

DD = Desk Duty

File Name: DAILY ROOM ASSIGNMENTS MARCH 2015

Ver 12.28.12

# MASTER DAILY ROOM ASSIGNMENTS FOR RADIOGRAPHERS

Bellevue Hospital Center

Lisa Bradshaw RT Lead Technologist

| Name | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| SanFilippo, M. | | | | | |
| Ramos, H. | | | | | |
| Nord, L. | MAMMO | | | | MAMMO |
| Nelson, G. | | | | | |
| Mohamed, F. | | | | | |
| Sorge, P. | | | | | |
| Schneiderman C. | | | | | |
| Granda, G. | | | | | |
| Crear, V. | | | | | |
| Zahid, A. | | | | | |
| Desir, A. | | | | OFF | |
| Garcia, L. | | | | OFF | |
| Kerr, B. | | | | | OFF |
| Mac Ewen, L | | | | | |
| Mathew, J. | | | | | |
| Santana, K. | | | | | |
| Handorff, G. | | | | | |
| Caballero, N. | | | | | |
| Melitzanas, T. | | | | | |
| Appiah, R. | | | | | |
| Han, J. | | | | OFF | OFF |
| Leardi, V. | | | | | |
| Murano, M. | | | | | MAIN |
| Saulino, A. | | | | | SICK |
| Toure, M. | | | | | OUT |
| Reynolds, G. | | | | | O.R. |
| Klinger, B. | | | | | PORT |
| Au-Yeung, W. | DEXA | DEXA | DEXA | DEXA | |
| Marin, L. | | | | | |
| Discipio, G. | O.R. | O.R. | O.R. | O.R. | |
| Mc Dermott, J. | I.R. | I.R. | I.R. | I.R. | I.R. |
| Pressume, R. | Military | Military | Military | Military | Military |
| Arias, M. | Mammo | Mammo | Mammo | Mammo | Mammo |
| Gelfand, T. | Mammo | Mammo | Mammo | Mammo | Mammo |
| Lipyansakaya, | Mammo | Mammo | Mammo | Mammo | Mammo |
| Slinger, V. | Mammo | Mammo | Mammo | Mammo | Mammo |

File Name: DAILY ROOM ASSIGNMENTS MARCH 2015

Ver 12.28.12

Lisa Bradshaw RT Lead Technologist

# MASTER DAILY ROOM ASSIGMENTS FOR RADIOGRAPHERS

| Name | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Appiah, R. | | | | OR | OR |
| Au-Yeung, W. | | | | 3rd CT | 3rd CT |
| Caballero, N. | | | | | |
| Crear, V. | | | | | |
| Desir, A. | | | | | |
| Garcia, L. | | | | | |
| Granda, G. | | | | | |
| Han, J. | | | | | |
| Handorff, G. | | | | | |
| Kerr, B. | | | | | |
| Klinger, B. | | | | | |
| Leardi, V. | | | | | |
| Mac Ewen, L. | | | | | |
| Mathew, J. | | | | | |
| Melitzanas, T. | | | | | |
| Mohamed, F. | | | | | |
| Murano, M. | | | | | |
| Nelson, G. | | | | | |
| Nord, L. | | | | | |
| Ramos, H. | | | | | |
| Reynolds, G. | | | | | |
| SanFilippo, M. | | | | | |
| Santana, K. | | | | | |
| Saulino, A. | | | | | |
| Schneiderman C. | | | | | |
| Sorge, P. | | | | | |
| Toure, M. | | | | | |
| Zahid, A. | | | | | |
| Marin, L. | | | DEXA | DEXA | |
| Discipio, J. | O.R. | O.R. | O.R. | O.R. | |
| Mc Dermott, J. | | | I.R. | I.R. | I.R. |
| Pressume, R. | Military | Military | Military | Military | Military |
| Arias, M. | Mammo | Mammo | Mammo | Mammo | Mammo |
| Gelfand, T. | Mammo | Mammo | Mammo | Mammo | Mammo |
| Lipyansakaya | Mammo | Mammo | Mammo | Mammo | Mammo |
| Slinger, V. | Mammo | Mammo | Mammo | Mammo | Mammo |

Handwritten notes (left margin):
P/R = PAY RATE
*P/R = below PAY RATE
DD = Desk Duty

Ver 12.28.12

Case 1:17-cv-04170-VSB   Document 2   Filed 06/02/17   Page 30 of 60

# NYU AFFILIATION TIME SHEETS - RADIOLOGY

Week of: March 16 - 20 2015

D3/16 - 20 15

S/H = Special Hours

| Employee Name LName | Monday IN | OUT | Notes | Tuesday IN | OUT | Notes | Wednesday IN | OUT | Notes | Thursday IN | OUT | Notes | Friday IN | OUT | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 AU-YEUNG, W. | | | | | | | | | | | | | | | |
| 2 CABALLERO, N. | | | | | | | | | | | | | | | |
| 3 GRANDA, G. | 8:00 | 4:00 | | 9:00 | 5:00 | | 9:00 | 5:00 | O.T | 9 | 5 | | 9:00 | 4:00 | N/L |
| 4 HANDORFF, G. | | | | | | | 5:30 30mus | | | | | | | | |
| 5 KERR, B. | | | | | | | | | | | | | | | |
| 6 LEARDI, V. | 9 4 | | | 8:00 4:00 9 4 | | | 8:00 4 9 4 | | | 8 4 9 4 | | | 9 4 | | |
| 7 MARIN, L. S/H | | | | | | | | | | | | | | | |
| 8 MATHEW, J. | | | | | | | | | | | | | | | |
| 9 MELITZANAS, T. | | | | | | | | | | | | | | | |
| 10 MOHAMED, F. | | | | | | | | | | | | | 1 4 | | INC 01 |
| 11 MURANO, M. | 8:00 | 4:00 | | 8:00 4:00 worked 19 | | N/t | 8:00 4:00 worked 19 | | N/t | 8:00 | 4:00 | | | | |
| 12 RAMOS, H. | | | | | | | | | | | | | | | |
| 13 SAULINO, A. | | | | | | | | | | | | | | | |
| 14 TINGER, L | 9:00 AM | 5:00 PM | — | VACATION | | | — | | | — | | | | | |
| 15 ZAHID, A. | | | | | | | | | | | | | | | |

Signature: Lisa Bradshaw, LEAD RT

**WEEK OF:** Nov 9 – 13, 2015

Bellevue Hospital Center
Mammogram Time Sheets
Monday - Friday    GENERAL MAMOGRAM

| Employee Name | Monday Time-In | Time-Out | Notes | Tuesday Time-In | Time-Out | Notes | Wednesday Time-In | Time-Out | Notes | Thursday Time-In | Time-Out | Notes | Friday Time-In | Time-Out | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APPIAH.R. | 9:15 | | | | | | | | | 8:30 | 5:30 | | | | |
| AU-YEUNG.W. | 9:15 | | | | | | | 5 | | 3:33 OT 2½ Hr | | | 8:00 5 | | |
| CREAR.V. | 9:00 | 4 NL | | 9:00 | 4 NL | | | 5 | | 9:00 | 5 | | | | |
| DESIR.A. | 6:30 | 2:30 | | 2:30 | 5:00 | | HOL | 4:5 | | 9:45 | 6:30 | | 6:30 | | |
| DISCIPIO.J. S/S | | | | 11:00 | 7:00 | | | 5 | | 11:00 | 7:00 | | | | |
| GARCIA.L. | 5 | | | 9:30 | 5:00 | | VAC | | | | 5 | | | 5 | |
| GRANDA.G. | 9:00 | 5:00 | | 9:00 | 5:00 | | VAC | | | 9:00 | 5:00 | | 9:00 | 5:00 | |
| HAN.J. | 8 | 4 | | 8 | 4 | | VAC | | | 8 | 4 | | 8 | 4 | |
| HANDORFF.G. | 9 | 5 | | 9 | 5 | | VAC | | | 9 | 5 | | 9 | 5:05 5 min OT | |
| KERR.B. | 8 | 4 | | 9:15 | 5:15 ½ Hr | | | 4:5 | | 9 | 5 | | | | |
| KLINGER.B. | | | | | | | HOL | | | | | | | | |
| LARDI.V. | Scheduled Sick Cancel | | | 9:00 | 5:00 | | HOL | | | 9:00 | 5:25 FH NL 15 min OT | | | | |
| MacEWEN.L. | | | | | | | HOL | 4:5 | | 7:15 | EMLA | | 9 | 5 | |
| MARIN.L. | | | | | | | | | | 4:45 | 4 NL | | | | |
| MATHEW.J. | VAC | | | SICK | | | HOL | | | 9:00 | 5:00 | | 9:00 | 4 | |
| McDERMOTT.J. | VAC | | | DISREG | | | HOL | 4:5 | | 9:00 | 5:00 | | | | |
| MELITZANAS.T. | VAC | | | SICK | | | VAC | | | | | | | | |
| MOHAMED.F. | 9:00 | | | 9:00 | | | HOL | | | | | | 8:30 | 4:00 | |
| MUURANO.M. | 9:00 | 5:00 | | 8:55 | 4:00 | | VAC | | | 9:00 | 5:00 | | 9:00 | | |
| NELSON.G. H | 8:30 | 4:00 | | | 5 hr OT 2.5 Late | | | | | | | | | | |
| NORD.L. | | 5 | | 4 | | | MILITARY | | | | | | | | |
| PRESUME.R. | | 4 | | 4 NL | | | | 4 | | | 4 | | | 4 | |
| RAMOS.H. | | | | | | | 5 | | | | | | | | |
| REYNOLDS.G. | | | | 9:00 | 5:00 | | REG | | | 9:00 | 5:00 | | 8:00 | 4:00 | 1 Hr NL |
| SANFILIPPO.M. | 9 | | | 9:00 | 5:00 | | REG | | | 8:00 | 4:00 | | 8:00 | 4:00 | |
| SANTANA.K. | | | | 9:00 | 5:15 | | 9:15 | 5:15 | | 9:00 | 5:00 | | 9:00 | 4:00 | |
| SAULINO.A. | 9:00 | 5:00 | REG | 4:26 | 5:15 | | 4 NL | | | 9:00 | 5:00 | | 9:00 | 5:00 | |
| SCHNEIDERMAN.C. | 4:00 | 4:00 | | 4:26 | 4:00 | | 5 | | | | | | | | |
| SORGE.P. | 08:00 | | | 08:00 | | | | | | | | | | | |
| TAYLOR.M. | 7:30 | 4:00 | | 7:45 | 4:00 | | | | | | | | | | |
| TOURE.M. | 9:00 am | 5:00 | | 9:00 am | 5:00 | | | | | | | | | | |
| ZAHID.A. | | | | | | | VAC | | | | | | | | |

I hereby certify that all above employees assigned to my supervision are accounted for and their attendance is reported accurately.

S/S = Special Hours

Supervisor/Lead RT /Tech in Charge _____ (DATE) _____

NO Lunch (NL) is NOT be used to leave early or make up lateness. Schedule Sick (SS) requires a doctor's note specifying DATE and TIME. Each employee must Sign-In at start of each tour and Sign-out at the end of the tour. It is the employee's responsibility to Sign-In/Sign-Out, failure to comply can result in a delay or loss of pay and disciplinary corrective action. Employee(s) on overtime (OT) are subject to all departmental rules and policies as a non OT employee(s). (lateness, mandation, etc...)

**WEEK OF:** 03/16 – 03/20/2015   TO

**NYU MC Affiliation Time Sheets**
**Bellevue Hospital Center Radiology**   **GENERAL MAIN DIAGNOSTIC**
**Monday – Friday**

| # | Employee Name | Monday | | | Tuesday | | | Wednesday | | | Thursday | | | Friday | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Time-In | Time-Out | Notes | Time-In | Time-Out | Notes | Time-In | Time-Out | Notes | Time-In | Time-Out | Notes | Time-In | Time-Out | Notes |
| 1 | APPIAH,R | 9- | 5- | | | | | | | | | | | | | |
| 2 | AU-YEUNG,W | | | | | | | | | | | | | | | |
| 3 | CABALLERO,N | | | | | | | | | | | | | | | |
| 4 | CREAR,V | | | | | | | | | | | | | | | |
| 5 | DESIR,A | | | | | | | | | | | | | | | |
| 6 | DISCIPIO,J | | | | | | | | | | | | | | | |
| 7 | GARCIA,L | | | | | | | | | | | | | | | |
| 8 | GRANDA,G | | | | | | | | | | | | | | | |
| 9 | IAN,J | | | | | | | | | | | | | | | |
| 10 | IANDORFF,G | 7:30 | 5:10 | | | | | | | | | | | | | |
| 11 | KERR,B | | | | | | | | | | | | | | | |
| 12 | KLINGER,B | | | | | | | | | | | | | | | |
| 13 | LEARDI,V | | | | | | | | | | | | | | | |
| 14 | MARIN,L | 9- | 5- | | | | | | | | | | | | | |
| | MATHEW,J | | | | 9:00 | 5:00 | | | | | | | | | | |
| | MCDERMOTT,J | | | | 9:00 | 5:00 | | | | | | | | | | |
| | MELITZANAS,T | | | | | | | | | | | | | | | |
| | MOHAMMED,F | | | | | | | | | | | | | | | |
| | MOHAMMED,R | | | | | | | | | | | | | | | |
| 19 | MURANO,M | | | | 9:00 | 4:00 | | | | | | | | | | |
| 20 | NELSON,G | 9:30 | | | | | | | | | | | | | | |
| | NORD,L | | | | | | | | | | | | | | | |
| 23 | PRESUME,R | | | | | | | | | | | | | | | |
| 24 | RAMOS,H | | | | | | | | | | | | | | | |
| 25 | REYNOLDS,G | 9:00 | 5:00 | | | | | | | | | | | | | |
| 26 | SANTANA,K | | | | | | | | | | | | | | | |
| 27 | SAULINO,A | | | | | | | | | | | | | | | |
| 28 | SCHNEIDERMAN,C | | | | | | | | | | | | | | | |
| 29 | SORGE,P | | | | | | | | | | | | | | | |
| 30 | TINGER,L | 8:00 | 3.50 | | | | | | | | | | | | | |
| 31 | TOURE,M | | | | | | | | | | | | | | | |
| 32 | ZAHIDA,A | 9:00 | 5:00 | | | | | | | | | | | | | |
| 33 | Solano,M | 1:00p 5.00p | | | | | | | | | | | | | | |

I hereby certify that all above employees were accounted for and their attendance is reported accurately.

Supervisor/Lead RT Tech in Charge

Marc Knauer — Special Leave
Marc Knauer 3/20/15
Bahnt 3-20

WEEK OF: ____

GENERAL MAIN DIAGNOSTICS

| Employee Name | Monday Time-In | Time-Out | Notes | Tuesday Time-In | Time-Out | Notes | Wednesday Time-In | Time-Out | Notes | Thursday Time-In | Time-Out | Notes | Friday Time-In | Time-Out | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 APPIAH, R. | 9:00 |  |  | 9:00 | 5:00 |  |  |  |  | 9:00 | 5:00 |  | 9:00 | 5:00 |  |
| 2 AU-YEUNG, W. | VAC |  |  | 9:- | 5:- |  | 9:- | 5:- |  | 9:- | 5:- |  | 9:- | 5:- |  |
| 3 CREAR, V. | 8:00 | 4:00 |  |  |  |  |  |  |  |  |  |  |  |  | US ICE |
| 4 DESIR, A. | 8:30 | 5:00 |  | 413 | 1313 |  | 8:00 | 4:00 |  |  |  |  |  |  | 1 hr |
| 5 DISCIPIO, J. | OT | 2,500 |  | 11:00 | 7:00 |  | 11:00 | 7:00 |  | 11:00 | 7:00 |  |  |  |  |
| 6 GARCIA, L. | 9:30 | 5:30 |  | 6:30 | 6:30 |  |  | 6:30 | 5:00 | 15hr |  |  |  |  |  |
| 7 GRANDA, G. | 9 |  |  | 9 | 5 |  | 9 | 5 |  | 9 | 5 |  |  |  |  |
| 8 HAN, J. |  |  |  |  | NHC |  |  |  |  |  |  |  |  |  |  |
| 9 HANDORFF, G. | 9:00 | 5:00 |  | 9:00 | 5:00 |  |  | NHC |  |  |  |  |  |  |  |
| 10 KERR, B. | 9:00 | 5:00 |  | 1 hr NL | 9:00 | 5:00 |  |  |  |  |  |  | 9:00 | 5:00 |  |
| 11 KLINGER, B. |  |  |  | 9:00 | 5:00 |  | 9:00 | 5:00 |  |  |  |  | 9:00 | 5:00 |  |
| 12 LEARDI, V. |  |  |  |  |  |  |  |  |  | VAC |  |  |  |  |  |
| 13 MacEWEN, L. | 9:00 | 5:00 |  | 9:00 | 5:00 |  | 9:00 | 11:00 |  | 9:00 |  |  |  | 5:00 |  |
| 14 MARIN, L. |  |  |  |  |  |  | SNS SICK |  |  |  |  |  |  |  |  |
| 15 MATHEW, J. |  | 9:- | PhiFirst |  | 9:- |  |  |  | JMLA |  |  |  |  |  |  |
| 16 McDERMOTT, J. | 17:30 | 6:00 | 3½ hr | 7:30 | 5:00 |  |  | 7:30 | 3:45 hr OT | 5:00 | 7:00 |  | 9:00 | 5:00 |  |
| 17 MELITZANAS, T. | 9:15 | 5:00 |  | 9:00 | 5:00 |  | 9:00 | 5:00 |  | 9:00 | 5:30 |  | 9:00 | 5:00 |  |
| 18 MOHAMED, F. |  |  |  |  |  |  | 9:00 | 5:00 |  |  |  |  |  |  |  |
| 19 MURANO, M. |  |  |  |  | 9:00 |  | 9:00 | 5:00 |  |  |  | 15 hr OT |  |  |  |
| 20 NELSON, G. | 8:50 | 4:00 |  | 9:30 | 2:15 | 30NL 20 late | 8:30 |  | 20hr NL | 8:30 | 2:00 | 15 hr NL | 9:00 | 5:00 |  |
| 21 NORD, L. |  |  |  | 9:00 | 5:00 |  | 9:00 |  |  | 9:00 | 5:00 | 8NL 9½ hr NL | 9:00 | 5:20 |  |
| 22 PRESUME, R. |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 23 RAMOS, H. |  |  |  |  | MILITARY |  |  |  |  |  |  |  |  |  |  |
| 24 REYNOLDS, G. |  |  |  |  |  |  |  |  |  | VACK |  |  | DNF |  |  |
| 25 SANFILIPPO, M. | 9:00 | 5:00 |  | 9:00 | 5:00 |  | 9:00 | 4:00 | NL | 9:00 | 5:00 |  | 9:00 | 5:00 |  |
| 26 SANTANA, K. | 9:00 | 5:00 |  |  | 9:00 |  | 9:00 | 5:00 |  |  |  |  |  |  |  |
| 27 SAULINO, A. |  |  | 1 hr NL | 9:00 | 5:00 |  |  |  |  |  |  |  |  |  |  |
| 28 SCHNEIDERMAN, C. | 9:00 | 4:00 |  | 9:00 | 5:00 |  | 9:00 |  |  | 9:00 | 5:00 |  | 9:00 | 5:00 |  |
| 29 SORGER, P. | 8:00 | 4:00 |  | 8:00 | 4:00 |  | 8:00 | 4:00 |  |  | 1:23 |  | 8:00 | 4:00 |  |
| 30 TAYLOR, N. | 7:00 | 5:00 |  | 7:00 | 4:00 |  | 7:00 |  |  | 7:00 |  |  | 7:00 | 4:00 | 1 HOT |
| 31 TOURE, M. | 9:00 | 5:00 |  |  | 5:00 |  |  |  |  |  |  |  |  |  | US ICK |
| 32 ZAHIDA, A. | 9:00am | 5:00 | - | 9:00 | 5:00 | - | 10:30 | 5:00 |  |  | 5:15 |  |  |  |  |
| BABOT, M. |  |  |  |  |  |  |  |  |  |  |  |  | 9 - 5 - 7 hr |  |  |

I hereby certify that all above employees assigned to my supervision are accounted for and their attendance is reported accurately.

Supervisor/Lead RT /tech in charge  (DATE) _____

O/T = Overtime

NO Lunch (NL) is NOT be used to leave early or make up lateness. Schedule Sick (SS) requires a doctor's note specifying DATE and TIME. Each employee must Sign-In at start of each tour and Sign-out at the end of the tour. It is the employee's responsibility to Sign-In/Sign-Out, failure to comply can result in a delay or loss of pay and disciplinary corrective action. Employee(s) on overtime (OT) are subject to all departmental rules and policies as a non OT employee(s). (lateness, mandation, etc...)

March 22, 2012

Mr. Price,

It has been a few months since the request I made to gather the necessary documentation regarding titles, in particular, special procedures and who is supposed to be doing them. You remember that my concern was regular diagnostic radiographers performing lumbar punctures and myelograms which should fall under the duties of a special procedures technologist as both are under the guidance of a Neuroradiologist and requires being operated under sterile procedure. Also, the special procedures technologists are a concern if they are doing diagnostic technologists' duties and getting paid for other duties that the diagnostic technologist is being asked to do without any compensation.

How are you coming along on those issues?

Vincent M. Crear, BS,RT(R)
Radiology Department
NYU Medical Center @ Bellevue Hospital Center Affiliate
212.562.7774

May 30, 2012

Mr. Price Corpening,

I'm sure you have a lot on your plate constantly with 1199 business, so I'm going to add just a bit more. I'm still waiting for that information regarding job titles, in particular special procedures regarding lumbar punctures/myelograms and assisting in other sterile modalities. Please advance me whatever information you have obtained so far as I am anxious to put this issue to bed.  You remember that my concern was regular diagnostic radiographers performing lumbar punctures and myelograms which should fall under the duties of a special procedures technologist as both are under the guidance of a Neuroradiologist and requires being operated under sterile procedure. Also, the special procedures technologists are a concern if they are doing diagnostic technologists' duties and getting paid for other duties that the diagnostic technologist is being asked to do without any compensation.

How are you coming along on those issues?

Vincent M. Crear, BS, RT(R)
Radiology Department
NYU Medical Center@ Bellevue Hospital Center Affiliate
212.562.7774

COLLECTIVE BARGAINING AGREEMENT

3.     The minimum rates for each individual Employer shall be contained in a stipulation (Stipulation II) between each Employer and the Union to be annexed hereto.  Set forth below, are the uniform job titles and uniform minimum rates.

4.     Employees when required to work at a higher rated bargaining unit job, shall be paid their rate or the rate for the other job, whichever is higher, after a total of five (5) days work in such higher classification in each contract year.

5.     Wherever in this Agreement the phrase "regular pay" appears, it shall be deemed to include shift and specialty differentials, but shall exclude overtime and on-call pay.

6.     For those jobs with experience steps, the Employer shall recognize recent, relevant hospital or nursing home experience in the industry in the same job in determining the applicable step.

7.     Social Workers who are required to use their own automobiles in the performance of their duties shall receive not less than the mileage allowance provided to other Employees of the Employer.

8.     (a)     The Employer shall give the Union thirty (30) days notice in writing of its intention to institute a new job classification or substantially modify an existing job classification (e.g., by combining jobs or restructuring existing jobs, etc.).  The Union may request a meeting to discuss the Employer's proposal including the proposed wage rate.  If the parties disagree about job content or wage rates, the Employer and Union may invoke a facilitation process (as provided in Article XLII(I)(a)(ii)).  If there is disagreement on the proposed wage rate, the Union may submit that issue to third step grievance and arbitration under Articles XXXI and XXXII within sixty (60) days of receiving the Employer's thirty (30) days notice.  The Union will use its best efforts to request the meeting within thirty (30) days of said notice.  It is expressly understood and agreed, however, that neither the Union nor any Employee may grieve or arbitrate with respect to the content or description of any such job or job classification.  In no event shall these procedures delay implementation of the Employer's proposal.

       (b)     If it is claimed by the Union that the Employer has instituted a new job classification or substantially modified an existing job classification without providing the notice required above the Union may process a claim for change in the job rate for such classification in accordance with the provisions of Articles XXXI and XXXII of the Agreement provided, however, that it is expressly understood and agreed that neither the Union nor any Employee may grieve or arbitrate with respect to the content or description of any such job or job classification.

9.     Employees shall receive paychecks during their regular work shift on payday.

10.    Notwithstanding any other provision of this Agreement, it is understood and agreed that any Employee who, as of June 30, 1974, has been certified by the City of New York as a Clinical Technologist and is working as a Laboratory Technician shall, effective July 1, 1974, be classified as a Laboratory Technologist I and paid at the minimum rate provided in that agreement for such job classification. Except to the extent that the prior practice of a particular institution is to the contrary, there shall be no further automatic advancements from Technician to Technologist other than those set forth in this paragraph.

11.    Employees who work thirty-five (35) hours per week and are displaced to a position with longer weekly hours (e.g. 37.5) will receive additional pay at their former hourly rate for the additional hours worked.  Employees who are displaced to positions with fewer hours will retain their weekly rate of pay.

12.    Contrast Dye Differential- Effective September 1, 2008, for all Techs, (e.g. CT, MRI, X-Ray) who have been trained and perform (actually give the injection for) contrast dye procedures on a regular basis during their shift, a

**Room 5/Main Radiology**

| Date | Accession Number | Examination | Technologist |
|---|---|---|---|
| 02/09/2011 | ###### | Lumbar Puncture | Vincent Crear |
| 03/02/2011 | ###### | Lumbar Puncture | Vincent Crear |
| 03/29/2011 | ###### | Lumbar Puncture | Vincent Crear |
| 11/07/2011 | ###### | Lumbar Puncture | Vincent Crear |
| 02/17/2012 | ###### | Lumbar Puncture | Vincent Crear |
| 04/09/2012 | ###### | Lumbar Puncture | Vincent Crear |
| 05/17/2012 | ###### | Lumbar Puncture | Vincent Crear |
| 05/25/2012 | ###### | Lumbar Puncture | Vincent Crear |
| 05/30/2012 | ###### | Lumbar Myelogram | Vincent Crear |
| 06/15/2012 | ###### | Lumbar Puncture | Vincent Crear |
| 06/15/2015 | ###### | Lumbar Puncture | Vincent Crear |
| 06/22/2012 | ###### | Lumbar Puncture | Vincent Crear |
| 08/27/2012 | ###### | Lumbar Puncture | Vincent Crear |
| 09/21/2012 | ###### | Lumbar Puncture | Vincent Crear |
| 09/25/2012 | ###### | Lumbar Puncture | Vincent Crear |
| 05/17/2013 | ###### | Lumbar Puncture | Vincent Crear |
| 06/04/2013 | ###### | Lumbar Puncture | Vincent Crear |
| 07/22/2013 | ###### | Lumbar Puncture | Vincent Crear |
| 09/02/2013 | ###### | Lumbar Puncture | Vincent Crear |
| 01/10/2014 | ###### | Lumbar Puncture | Vincent Crear |
| 03/26/2014 | ###### | Shoulder Arthrogram | Vincent Crear |
| 04/11/2014 | ###### | Cervical Puncture | Vincent Crear |
| 04/18/2014 | ###### | Lumbar Puncture | Vincent Crear |
| 04/23/2014 | ###### | Hip Aspiration c/ contr | Vincent Crear |
| 08/13/2014 | ###### | Lumbar Puncture | Vincent Crear |
| 09/02/2014 | ###### | Lumbar Puncture | Vincent Crear |
| 09/04/2014 | ###### | Lumbar Puncture | Vincent Crear |
| 09/23/2014 | ###### | Hip Aspiration c/ contr | Vincent Crear |
| 09/23/2014 | ###### | Lumbar Puncture | Vincent Crear |
| 09/24/2014 | ###### | Hip Aspiration c/ contr | Vincent Crear |
| 09/30/2014 | ###### | Lumbar Puncture | Vincent Crear |
| 10/02/2014 | ###### | Lumbar Puncture | Vincent Crear |
| 10/03/2014 | ###### | Lumbar Puncture | Vincent Crear |
| 10/03/2014 | ###### | Lumbar Puncture | Vincent Crear |
| 10/03/2014 | ###### | Lumbar Puncture | Vincent Crear |
| 11/24/2014 | ###### | Lumbar Puncture | Vincent Crear |
| 11/26/2014 | ###### | Lumbar Puncture | Vincent Crear |
| 12/18/2014 | ###### | Hip Aspiration c/ contr | Vincent Crear |
| 02/02/2015 | ###### | Lumbar Puncture | Vincent Crear |
| 06/01/2015 | ###### | Lumbar Puncture | Vincent Crear |
| 06/17/2015 | ###### | Hip Aspiration c/ contr | Vincent Crear |
| 06/17/2015 | ###### | Lumbar Puncture | Vincent Crear |

**Room 5/Main Radiology**

| Date | Accession Number | Examination | Technologist |
|------|------------------|-------------|--------------|
| 07/06/2015 | ###### | Lumbar Puncture | Vincent Crear |
| 09/03/2015 | ###### | Lumbar Puncture | Vincent Crear |
| 10/22/2015 | ###### | Lumbar Puncture | Vincent Crear |



 Physicians     Careers    Employees    Contact Us    ☎ 989.583.0000

## COVENANT HealthCare

Extraordinary care for every generation.    GO

**Patients** | **Visitors** | **Medical Services** | **Community Involvement** | **About Covenant** | **Calendar of Events**

Pay Your Bill

Find a Physician Accepting Patients

Covenant MedExpress

Community Health Needs Assessment

Home › Medical Services › Imaging and Diagnostics › Interventional Radiology & Special Procedures

🖨 Print  ✉ Email

## Interventional Radiology & Special Procedures

Interventional Radiology & Special Procedures
- Medical Services
- Center for Advanced Orthopaedics
- Emergency Care Center
- Extraordinary Maternity Services
- Occupational Health
- Covenant Tattoo Removal Center
- MedExpress
- Covenant Glen
- Surgical Services
- Trauma
- Covenant Bariatric and Metabolic Center
- Birth Center
- Cancer Care
- Center for Autism
- Cardiology - Center for the Heart
- Childbirth Classes
- da Vinci Robotic Surgery
- Diabetes Self-Management Program
- Regional Neonatal Intensive Care
- Imaging and Diagnostics
  - Ultrasound / Vascular Lab
  - Neurodiagnostic Exams
  - Mammography Exams
  - MRI Exams
  - Nuclear Medicine Exams
  - Interventional Radiology & Special Procedures
  - X-Ray Exams
  - CT Exams
  - Services and Labs
- Neurology
- Physical Medicine and Rehab.
- Urologic Surgery
- Osteoporosis
- Pediatrics
- Sleep Center
- Pulmonary / Respiratory Care
- Visiting Nurse Association
- Women's Health
- Wound Healing Center

**A.V. Fistulagram/Graftogram (Right or Left Extremity)**
PREPARATION:
The patient must have nothing by mouth (NPO) 6 hrs prior to the exam. The Radiologist will write the pre-operative orders. Pre-labs of CBC, PT, (PTT) may be ordered. The patient should continue all oral meds especially anti-hypertensive medications. The patient may receive moderate sedation for the exam and must be NPO to prevent aspiration during the procedure.

EXAM DESCRIPTION:
Using sterile technique, under local anesthetic, the A-V Fistula or graft is accessed and contrast media is injected. The graft/fistula as well as the central veins are evaluated for blockage or stenosis. If indicated, balloon angioplasty or stenting may follow the diagnostic graftogram.

LENGTH OF TIME INVOLVED:
The exam takes approximately 45 - 90 minutes.

**Abdominal Aortogram/Abdominal Aortogram with Run Off**
PREPARATION:
The patient must have nothing by mouth (NPO) 6 hrs prior to the exam. The Radiologist will write the pre-operative orders. Patient may require a bowel prep or KUB to check for residual barium. Pre-labs of CBC, PT, (PTT), BUN & CREATININE will be drawn. An IV will be started. The patient should continue all oral meds, especially anti-hypertensive medications. Pre-op screening will give out patient orders and instructions. Coumadin needs to be held for 72 hrs prior. The patient will receive moderate sedation for the exam and must be NPO to prevent aspiration during procedure.

EXAM DESCRIPTION:
The Radiologist performs using sterile technique and local anesthesia, a femoral artery puncture. A catheter is introduced into the femoral artery and passed up into the abdominal aorta. Radiopaque contrast media is injected and serial films are taken. The contrast allows visualization of the kidneys and may show abnormal narrowing of the arteries in the legs or abnormal bulging areas (aneurysms).

LENGTH OF TIME INVOLVED:
The exam takes 90 - 120 minutes to perform.

**Angioplasty/Stent Placement/Thrombolysis Embolization/Pharmacotherapy**
PREPARATION:
The patient must have nothing by mouth (NPO) 6 hours prior to the exam. The radiologist will write the pre-operative orders. Patient may require bowel prep or KUB to check for residual barium. Pre-labs of CBC, PT, (PTT), BUN & CREATININE will be drawn. An IV will be started. The patient should continue all oral meds, especially anti-hypertensives. Coumadin needs to be held for 72 hours. The patient may receive moderate sedation for the exam and must be NPO to prevent aspiration during the procedure.

EXAM DESCRIPTION:
Angioplasty is the dilation of a narrowed vessel using a balloon catheter. If, after angiography, it is decided that the patient may benefit from dilating a blood vessel, it may be performed at the same time as the angiogram. The area of narrowing or occlusion is traversed with a catheter. The balloon is inflated resulting in opening of the vessel.

A Stent is a mesh tube made of metal that can be placed in a vessel (or a duct) to help support the vessel (duct) at an area of narrowing that cannot be corrected with angioplasty alone. Placement of the stent can also be completed at the same time as the angiogram.

Thrombolysis is the dissolution of a clot in a vessel. Thrombolysis can be accomplished with medications or with mechanical devices. Mechanical devices are utilized in the special procedures suite while thrombolytic medications may be infused over a period of hours.

Embolization is a procedure done to block an artery from supplying blood to an area or to stop bleeding from an artery. After angiography has been performed and an appropriate area has been identified, blocking material is injected through the catheter. This material stays in the body and prevents blood flow to the area.

Pharmacotherapy is a procedure performed after angiography to inject certain medications in a particular area of the body.

LENGTH OF TIME INVOLVED:
This exam is variable on a specific time of the procedure.

**Arch Aortogram**
PREPARATION:
The patient must have nothing by mouth (NPO) 6 hrs prior to the exam. The Radiologist will write the pre-operative orders. Pre-labs of CBC, PT, (PTT), and BUN & CREATININE will be drawn. An IV will be started. The patient should

continue all oral meds, especially anti-hypertensive medications. Coumadin needs to be held for 72 hrs prior to procedure. The patient may receive moderate sedation for the exam and must be NPO to prevent aspiration during procedure.

EXAM DESCRIPTION:
The Radiologist performs using sterile technique and local anesthesia, a femoral artery puncture. A catheter is introduced into the femoral artery and passed up into the abdominal aorta to the arch. Radiopaque contrast material is injected and serial films are taken of the aortic arch. The arch, origins of the carotid, vertebral and subclavian arteries are demonstrated. For better visualization of specific arteries, selective catheterization of those arteries can be performed.

LENGTH OF TIME INVOLVED:
The procedure takes 60 - 90 minutes.



Carotid or Vertebral Arteriogram
PREPARATION:
The patient must have nothing by mouth (NPO) 6 hrs prior to the exam. The Radiologist will write the pre-operative orders. Pre-labs of CBC, PT, (PTT), and BUN & CREATININE will be drawn. An IV will be started. The patient should continue all meds, especially anti-hypertensive medications. Coumadin needs to be held for 72 hrs prior to procedure. The patient may receive moderate sedation for the exam and must be NPO for 6 hrs to prevent aspiration during procedure.

EXAM DESCRIPTION:
Using sterile technique and local anesthesia, the Radiologist will make a femoral artery puncture and introduce a catheter into the abdominal aorta and up into the right and left carotid and vertebral arteries. As each vessel is catheterized an injection of contrast material is made and films taken of the area. The lumen of the artery is visualized to demonstrate stenosis, occlusion, plaque or other abnormalities. By demonstrating the arterial system, abnormalities such as tumors can be demonstrated in the head also.

LENGTH OF TIME INVOLVED:
The exam takes approximately 90 - 120 minutes.



Central Venous Port Mediport
PREPARATION:
The patient must have nothing by mouth (NPO) 6 hours prior to the exam. The radiologist will write the pre-operative orders. Pre labs of CBC, PT, (PTT), will be drawn. An IV will be started. The patient should continue all oral meds, especially anti-hypertensives. The patient may receive moderate sedation for the exam and must be NPO to prevent aspiration during the procedure.

EXAM DESCRIPTION:
Using sterile technique and local anesthesia in the skin over the neck and chest, the radiologist will make two small incisions. A catheter will be placed into a selected vein through one incision and then tunneled under the skin to the other incision site. Here, a "pocket" is formed under the skin to hold the port. The catheter is then attached to the port and then the port is sutured securely within the pocket. A few sutures are required to close the pocket once the port is in place. You will have a chest x-ray at the end of the procedure.

LENGTH OF TIME:
Scanning time is approximately 60 - 90 minutes.



Discogram
PREPARATION:
The radiologist performing the procedure will indicate any pre-procedure orders. The patient will be instructed to have nothing by mouth (NPO) for 6 hours. An IV will be required. The patient will be NPO to limit aspiration potential when given moderate sedation.

EXAM DESCRIPTION:
In Special Procedures using sterile technique, local anesthesia and moderate sedation, the intervertebral disk is evaluated by contrast media injection into the nucleus pulposus. The patient must be able to tolerate prone positioning.

LENGTH OF TIME:
The exam takes approximately 60 - 90 minutes depending on the number of disk levels evaluated.



Drainage Tube Placement
PREPARATION:
The Radiologist performing the procedure will indicate any pre-op orders and the patient will have nothing by mouth (NPO) for 6 hrs prior to the exam. A recent CBC, PT and (PTT) will be necessary. The patient may receive moderate sedation for the exam and must be NPO for 6 hrs to prevent aspiration during the procedure.

EXAM DESCRIPTION:
The patient will be brought to the Diagnostic Imaging Department and using Ultrasound, fluoroscopy or CT to visualize the area required to be drained. Using sterile technique and local anesthetic, the Radiologist will place a drainage catheter into the area to be drained. The area may be completely drained at the time of the procedure or a catheter may be left in place and connected to a drainage bag that will be left in place for a period of time.

LENGTH OF TIME INVOLVED:
The exam may take approximately 60-90 minutes.



Hemodialysis/Plasmapheresis Catheters
PREPARATION:
The patient must have nothing by mouth (NPO) 6 hours prior to the exam. The radiologist will write the pre-operative orders. Pre-labs of CBC, PT, (PTT) will be drawn. An IV may be started. The patient should continue all oral meds, especially anti-hypertensives.

EXAM DESCRIPTION:
Temporary hemodialysis/plasmapheresis catheter placement: Using sterile technique and local anesthesia in the skin over the neck, chest or groin, depending on which vein will be used, a small needle will be placed into the vein. Ultrasound or contrast injection may be used to facilitate accessing the vein. Once the vein is entered, a wire and then a catheter will be placed into the vein. Several dilators may be used to make the opening in the vein larger before the dialysis/plasmapheresis catheter is placed. The catheter will be sutured to your skin and covered with a dressing. You may need a chest x-ray at the end of the procedure.

Permanent hemodialysis catheter placement: Using sterile technique and local anesthesia in the skin over the neck, chest or groin, depending on which vein will be used, a small needle will be placed into the vein. Ultrasound or contrast injection may be used to facilitate accessing the vein. Once the vein is entered, a wire and then a catheter will be placed into the vein. Several dilators may be used to make the opening in the vein larger. An additional area of skin will be numbed and small incisions made in the skin in order to place the catheter in a tunnel beneath your skin. The catheter will be sutured

to your skin and covered with a dressing. You may need a chest x-ray at the end of the procedure.

**LENGTH OF TIME INVOLVED:**
This exam takes approximately 60 to 90 minutes.

**Inferior Vena Cava Filter Placement**
**PREPARATION:**
The patient must have nothing by mouth (NPO) 6 hrs prior to the exam. The Radiologist prior to the procedure will obtain consent. Patients may require a bowel prep or KUB to check for residual barium. Pre-labs of CBC, PT, (PTT), BUN & CREATININE will be drawn. An IV will be started. The patient may receive moderate sedation for the exam and must be NPO to prevent aspiration during procedure.

**EXAM DESCRIPTION:**
Under fluoroscopic guidance, using sterile technique and local anesthesia, the Radiologist performs a femoral or jugular vein puncture. A catheter is introduced into the femoral/jugular vein and passed into the inferior vena cava. A special filter is inserted from this catheter to trap blood clots from the lower extremities.

**LENGTH OF TIME INVOLVED:**
Approximately 90 minutes for this exam.

**Lumbar Puncture**
**PREPARATION:**
The radiologist performing the procedure will indicate any pre-procedure orders. The patient will be instructed to have nothing by mouth (NPO) 6 hours prior to the exam. An IV will be required. The patient will be NPO to limit aspiration potential while in prone position and if moderate sedation is utilized.

**EXAM DESCRIPTION:**
Under fluoroscopy using sterile technique, local anesthesia and possibly moderate sedation, a needle is placed into the subarachnoid space in the low back (L2). Cerebrospinal fluid is withdrawn and sent to the Lab for analysis.

**LENGTH OF TIME:**
Approximately 60 minutes for this exam.

**Medi-Port Venogram**
**PREPARATION:**
The patient must have nothing by mouth (NPO) for 2 hrs prior to the procedure. NPO will decrease the chance of aspiration with the patient being on their back.

**EXAM DESCRIPTION:**
Injection of the contrast material into the mediport for enhancement of the mediport and check for fibrin sheath or catheter patency. The Radiologist or Radiology Nurse will access the mediport for this exam or if the port is already accessed, leave the needle in place.

**LENGTH OF TIME INVOLVED:**
The examination can be completed in approximately 20 minutes.

 **Myelogram (Cervical, Thoracic, Lumbar)**
**PREPARATION:**
The Radiologist performing the procedure will indicate any pre-op medication orders. The patient will be instructed to have nothing by mouth (NPO) for 6 hrs prior to the procedure. An IV may be required. Some patients become nauseated during this procedure if there is food in the stomach. Some physicians prefer to give a pre-op to ease discomfort while others prefer to have the patient unsedated and therefore better able to cooperate. The patient may receive moderate sedation and must be NPO to prevent aspiration during the procedure.

**EXAM DESCRIPTION:**
In the Diagnostic Imaging Department, using sterile technique and local anesthesia, a spinal tap is performed and a small amount of cerebrospinal fluid is withdrawn. Water-soluble radiopaque contrast material is injected through the lumbar puncture (spinal tap) into the subarachnoid space. With the patient in a prone position, the head of the table is tipped downward allowing the contrast to move along the length of the spine to the area of interest. Images are obtained in different projections to demonstrate any defects caused by spine abnormalities.

**LENGTH OF TIME INVOLVED:**
The exam takes approximately 1 hour to complete depending on patient cooperation and ease of performing lumbar puncture.

**Percutaneous Nephrostomy, Nephrostomy Tube Placement**
**PREPARATION:**
The patient must have a barium-free abdomen. The patient must have nothing by mouth (NPO) 6 hrs prior to exam. A Radiologist will obtain the consent prior to the exam. Pre-op labs, CBC, PT, (PTT), BUN and Creatinine will be required. Barium in GI tract could obscure visualization. The patient will receive moderate sedation. Having the patient be NPO will help prevent aspiration during procedure.

**EXAM DESCRIPTION:**
Using Ultrasound, CT and/or fluoroscopic guidance, sterile technique and local anesthetic, a nephrostomy tube is placed through the flank and into the renal pelvis. The urine is drained outside to a collection bag.

**LENGTH OF TIME INVOLVED:**
This exam and procedure takes approximately 1 hour. Delay can be related to patient's condition and degree of difficulty in placement of the nephrostomy tube.

**Percutaneous Transhepatic Cholangiogram (PTC)**
**PREPARATION:**
The Radiologist to perform the procedure will indicate any pre-op medication orders and whether patient should have nothing by mouth (NPO) 6 hrs. A CBC, PT, (PTT) will be required. An IV will be started. The patient may receive moderate sedation for the exam and must be NPO to prevent aspiration.

**EXAM DESCRIPTION:**
Under sterile procedures and local anesthetic, using fluoroscopic guidance, a Chiba (thin-walled) needle is placed into the abdominal wall and directed to an intrahepatic bile duct. A dye injection is made to visualize the biliary tract to determine source of obstruction or stenosis. Radiographs are taken to record the images. A drainage catheter or stent may be placed at the time of the procedure.

**LENGTH OF TIME INVOLVED:**

# FW: wednesday 11/06/2013

Mcdermott, John
**Sent:** Tuesday, March 11, 2014 3:28 PM
**To:**   Crear, Vincent

```
From: Head, Marshall
Sent: Thursday, November 07, 2013 5:57 PM
To: Bugenis, Veronica
Cc: Colon, Louis
Subject: wednesday 11/06/2013
```

on wednesday 11/06/2013 ralph boone was not in, so bob rabinowich was the tech in charge.

he slept, read the paper and ignored the phone and did 1 xray case while the rest of us worked.

i tracked 15 cases during the shift and know that the young'uns were able to do more work than i.

# FW: your husband

Mcdermott, John

**Sent:** Tuesday, March 11, 2014 3:28 PM
**To:**  Crear, Vincent

From: Head, Marshall
Sent: Tuesday, December 10, 2013 7:46 PM
To: Bugenis, Veronica
Cc: Mcdermott, John
Subject: your husband

Ronnie, i don't think it is fair that with ralph and santos out your husband sits
and sleeps while the rest of us work.
i know that i sent this same message on 11/6/13, but it bears repeating.

marshall

Miss X

02/04-2013--sick
02/08-2013--?
02/11-2013--sick
02/25-2013--sick
02/26-2013--sick
02/27-2013--sick
02/28-2013--sick
03/01-2013--sick
04/01-2013--sick
04/18-2013--emergency vacation
06/17-2013--sick
06/18-2013--sick
06/20-2013--sick
06/23-2013--sick
06/24-2013--sick
08/07-2013--emergency vacation
08/12-2013--sick
09/03-2013--late/sick
09/04-2013--sick
09/05-2013--sick
09/06-2013--sick
07/21-2014—late
08/04-2014—emergency vacation
08/05-2014—emergency vacation
08/06-2014—sick
09/09-2014—emergency vacation
09/10-2014—emergency vacation
09/11-2014—emergency vacation
09/12-2014—emergency vacation
10/14-2014--sick
10/15-2014--family emergency
10/16-2014--family emergency
10/17-2014--sick
10/19-2014--sick
10/21-2014--will talk to Louis

Mr. Y

03/22-2013--emergency vacation
04/15-2013--late
05/02-2013--late
05/15-2013--late
05/22-2013--sick
06/13-2013--sick
06/14-2013--sick
06/24-2013--late
06/27-2013--late
07/05-2013--late
07/13-2013--sick
07/26-2013--late
08/01-2013--sick
08/02-2013--sick
08/28-2013--late
08/29-2013--emergency vacation
09/11-2013--emergency vacation
09/20-2013--late
10/03-2013--late
11/08-2013--emergency vacation
11/19-2013--late

---

01/03-2014--sick
01/06-2014--sick
01/14-2014--emergency vacation
01/28-2014--sick
01/29-2014--sick
01/30-2014--sick
02/02-2014--sick
02/10-2014--emergency vacation
03/31-2014--late
04/08-2014--sick
04/09-2014--sick
04/29-2014--emergency vacation
05/01-2014--time due
05/02-2014--sick
05/14-2014--late
05/19-2014--sick
05/23-2014--late
05/26-2014--sickxxxxxemergency vacation****

05/27-2014--emergency vacation
05/28-2014--emergency vacation
05/29-2014--emergency vacation
05/30-2014--emergency vacation
06/02-2014--emergency vacation
06/03-2014--emergency vacation
06/04-2014--emergency vacation
06/05-2014--emergency vacation
06/06-2014--emergency vacation
07/15-2014--sick
07/16-2014--sick
07/17-2014--sick
07/18-2014--sick
08/08-2014--late
08/18-2014--emergency vacation
09/14-2014--late
09/22-2014--late
09/30-2014--sick
10/24-2014—late

01/15-2015—sick
01/20-2015—late
02/10-2015—sick
02/11-2015—sick
03/03-2015—late
03/12-2015—sick
03/13-2015—sick
04/06-2015—sick
04/07-2015—sick
04/14-2015—sick
08/21-2015—late
08/24-2015—late
09/08-2015—sick
09/09-2015—sick
09/10-2015—sick
09/11-2015—sick
09/16-2015—late
09/29-2015—sick
10/29-2015—late

1/4/06

To whom it may concern,

I publically retract and apolize for my suggestion that Vincent Crear had anything to do with the letter posted regarding Ronnie.

Lisa Bradshaw

12/03-2010

To: Veronica Bugenis
    Assistant Director
    Radiology Department
    NYU Medical Center/Bellevue Hospital Center Affiliate

It has recently been brought to my attention that our x-ray department here at Bellevue Hospital Center/NYU Medical Center Affiliation is about to retire two employees who are presently registered as radiographers, both of whom hold titles as leading and/or supervising technologists. I am not aware at this time if their positions will be sought after to be occupied in the near future, but if at any time this does transpire, I would like to officially offer my name as a viable candidate for leading technologist/supervisor/associate director as I feel I more than possess the qualifications to fulfill the requirements to productively oversee the daily operations of patient diagnostic care within radiology.

As you already know, it won't be the first time I have performed leading duties since it was quite a few years that I held the responsibilities of performing as an **x-ray/CT/angiographic/ lead technologist** on emergent service hours on the weekend, most specifically on the Saturday and Sunday 1 a.m. to 9 a.m. shifts.....usually with a very skeletal crew while trying to maintain patient flow and care. I came to employment under NYU Medical Center with a Bachelor of Science Degree in Radiologic Technology in 1990 having performed the required classroom studies, clinical coursework and employed performance in all the various areas of x-ray mentioned previously with the exception of adding that I performed nuclear scans/ studies as well via cross-training.

In short, I believe to truly understand the importance of patient care in any form, one has to have worked directly with patients' needs and the ancillary services that help provide the end product, and anyone who knows and has worked with me can attest that I don't use this philosophy lightly, a philosophy I have exercised personally and through student teaching my entire career of almost twenty-five years now. Again, I would welcome the opportunity to exercise my skills and the opportunity to expand my career growth.

Cordially,

Vincent M. Crear, BS, RT(R)
NYU Medical Center/Bellevue Hospital Center Affiliate



**Northeast Louisiana University**

By the authority of the Board of Trustees of Louisiana Colleges and Universities, the faculty of Northeast Louisiana University hereby confers upon

**Vincent Maurice Crear**

the degree of

**Bachelor of Science in Radiologic Technology**

with all the Rights, Privileges and Honors thereto appertaining.

Given at Monroe, Louisiana, this thirteenth day of May, nineteen hundred and eighty-eight.

_Barry M. Drearce_
Registrar of the University

_Bob J. Wright_
Chairman of the Board of Trustees

_Dwight D. Vines_
President of the University

# VINCENT MAURICE CREAR



300 EAST 88TH STREET, #4W, NY, NY 10128

917.293.4232 • Vincent.Crear@nyumc.org • Vincent.Crear@bellevue.nychhc.org

## Objectives

ARRT-registered radiologic technologist with thirty years of experience producing diagnostic images via fixed and mobile radiography, computed tomography and fluoroscopy procedures. Committed to providing high-quality imaging services for patient needs during radiological exams. Proficient user of radiology management and hospital information systems.

## Experience

**Radiologic Technologist • 10/1990 - Present**
New York University Medical Center • 550 First Avenue, New York, NY 10016

- Complete diagnostic radiographic procedures in a 912-bed teaching hospital
- Perform x-ray imaging, portable radiography and fluoroscopic procedures
- Serve a diverse caseload including newborns, infants, children, adolescents, adults and geriatric patients
- Interpret data and provide recommendations for optimal patient care
- Teach attending physicians, residents and students equipment operation
- Manage 20 to 25 procedures per shift, while maintaining high quality of care
- Perform daily QA/QC duties
- Supervise staff of 8 to 10 daily
- Instruct radiology students on principles of diagnostic and quality imaging
- Performed Computed Tomography/Angiography/Bone Densitometry

**Radiologic/Computed Tomographic Technologist • 03/1994 -11/1999**
Guidance Medical Personnel, Inc., 80 Wall Street, New York, NY 10005

- Performed diagnostic imaging and computed tomography throughout NYC
- Performed QA/QC procedures where required via agency assignments
- Assisted with orthopedic castings and removals in designated offices
- Helped with coding and billing procedures
- Ordered and stocked x-ray supplies

**Special Procedures/Angiographic Technologist • 02/1989-07/1999**
University of Kentucky Medical Center, 800 Rose Street, Lexington, KY 40536

- Provided diagnostic imaging services for neurological and vascular studies
- Set injector parameters according to radiologist specifications
- Performed special procedures including but not limited to myelography, cervical/lumbar punctures, venograms and rhizotomies
- Performed venipuncture and administered sedatives under radiologist direction/directive
- Monitored patient vital signs and progress
- Relayed patient progress report to charge floor nurse
- Ordered and supplied angiographic stock

Radiologic Technologist•05/1988-02/1989
Middlesboro Appalachian Regional Healthcare, 3600 W. Cumberland, Middlesboro, KY  40965

- Performed diagnostic radiography, computed tomography and nuclear studies
- Injected contrast media under radiologist instruction
- Ordered and injected radioactive isotopes where required
- Instructed radiology students

## Skills

- PACS Medical Systems, PC Radiography, Thoravision Chest Units, Hologic QDR4500C Dexa Scanner, Lxi CT Scanner, CT Highlight Advantage, GE 9800 CT, GE Speed Scanner, CGR CT Scanner, Philips/Siemens Angiography with rotational scan, AOT Puck Apparatus, GE Single/Three Phase Units, Anatomical Programmer, OCG C-Arm Fluoroscopy, AMX Portable Units, GE Precision MPI Philips Digital Diagnost 96, Philips Super 80 CP, Philips Optimus 65 CP, Philips Optimus 50, Philips Juno DRF, Discovery IMXR650, Quadramed CPR, PeopleSoft Application, Microsoft Office Word, Microsoft Excel, Microsoft Office Outlook, Microsoft Access, Microsoft PowerPoint

## Education

University of Louisiana
05/13/1988 •Radiologic Technology• Bachelor of Science

- LSRT, ASRT, ARRT, Dean's List/President's List, T.H. Harris Scholarship, Omega Psi Phi Scholarship, American Legion Award, Who's Who in Academia, Distinguished Society of Students, Future Business Leaders of America Council Member

Southern University and A&M College, Baton Rouge, Louisiana 70813
05/14/1984•Medical Technology

## Certification

American Registration of Radiologic Technology

## References

Available Upon Request



# State of New York
## Department of Health

R 02927

*This is to Certify that*

# Vincent M Crear

*is hereby licensed as a*

# Radiologic Technologist

*pursuant to the provisions of the Public Health Law of the State of New York*

*This license is limited to the practice of Diagnostic Radiography*

*In Witness Whereof*, the signature of the
Commissioner of Health and the seal of the Department of
Health of the State of New York is hereunto affixed this
twenty-third day of May 2000

*Antonia C. Novello MD MPH*
*Commissioner*

By *Margaret Hawley*
*Secretary, Radiologic Technologist Board of Examiners*

*License Number*
**245358**

DOH-3300 (5/2000)



DOH

# State of New York
## Department of Health



*This is to Certify that*

License Number
245358

**VINCENT M CREAR, L.R.T.**
**300 E 88 STREET**
**APT 4W**
**NEW YORK  NY  10128**

*is entitled to this certificate of registration as a*

# Radiologic Technologist

*Limited to the practice of Diagnostic Radiography*

**Registration period begins October 8, 2015 and expires October 8, 2019**

_____                          Howard Zucker M.D.
Director, Bureau of Environmental Radiation Protection                    Commissioner

                                                        DOH-2566 (12/2012)

RI 154364

---

## State of New York - Department of Health
Bureau of Environmental Radiation Protection
Attn: Radiation Technology
Empire State Plaza, Corning Tower 12th FL
Albany, NY 12237

Phone (518) 402-7580                          Fax (518) 402-7575

### NOTIFICATION OF CHANGES

You are required to notify the above office in writing WITHIN 10 DAYS if there is any
change which affects the information submitted in your application for registration.
Please refer to your registration number shown on this certificate in any
correspondence to this bureau.  Examples of changes that must be reported are:

1. A change of address
2. A change in name provide copy of documented change
3. Requesting duplicate, request requires notarized statement per Article 35

DOH-2566 (12/2012)

egister                    Registration period begins October 8, 2015 and expires October 8, 2019          VINCENT M CREAR, L.R.T.
                                                                                                        300 E 88 STREET
iagnostic                                                                                               APT 4W
egistration Generated On 10/02/2015 For 245358                                                          NEW YORK  NY  10128



**NYU Langone**
MEDICAL CENTER

*Certifies that*

# Vincent Crear

*successfully completed the course:*

Adding Tables of Contents, Footnotes, Hyperlinks, and Bookmarks in Word 2010

*on*

1/20/2016



NYULMC
Certificate of
Course
Completion

*Course completed on iDevelop, NYULMC's Learning Management System*



**NYU Langone**
MEDICAL CENTER

*Certifies that*

# Vincent Crear

*successfully completed the course:*

## CCA - The Work-Life Assistance Program - Manager Training

*on*

## 7/13/2016



NYULMC
Certificate of
Course
Completion

*Course completed on iDevelop, NYULMC's Learning Management System*



**NYU Langone**
MEDICAL CENTER

*Certifies that*

Vincent Crear

*successfully completed the course:*

Advanced Customization in Excel 2007

*on*

1/25/2016



NYULMC
Certificate of
Course
Completion

*Course completed on iDevelop, NYULMC's Learning Management System*



NYU Langone
MEDICAL CENTER

*Certifies that*

Vincent Crear

*successfully completed the course:*

Basic Access 2007 Forms

*on*

1/21/2016



NYULMC
Certificate of
Course
Completion

*Course completed on iDevelop, NYULMC's Learning Management System*



NYU Langone
MEDICAL CENTER

*Certifies that*

Vincent Crear

*successfully completed the course:*

Compliance - Annual Compliance Training 2017

*on*

3/30/2017

NYULMC
Certificate of
Course
Completion

*Course completed on iDevelop, NYULMC's Learning Management System*



NYU Langone
MEDICAL CENTER

*Certifies that*

Vincent Crear

*successfully completed the course:*

Radiation Safety for Fluoroscopically Guided Interventional Medical Procedures

*on*

10/30/2016

NYULMC
Certificate of
Course
Completion

*Course completed on iDevelop, NYULMC's Learning Management System*



NYU Langone
MEDICAL CENTER

*Certifies that*

Vincent Crear

*successfully completed the course:*

ODL - SuperVision

*on*

10/28/2016

NYULMC
Certificate of
Course
Completion

*Course completed on iDevelop, NYULMC's Learning Management System*